**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| KAREN K. EVANS MATTFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND JURY DC,<br><br>Defendant. | CV 26-116-M-WWM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE |

On August 3, 2026, pro se Plaintiff Karen K. Evans Mattfield filed a motion for leave to proceed in forma pauperis (Doc. 1) and lodged a complaint naming "Grand Jury DC" as the Defendant. (Doc. 2).

Judge DeSoto made Findings and a Recommendation in this matter on August 6, 2026. Plaintiff did not object and, therefore, is not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 4). Accordingly:

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that any appeal from this disposition would not be taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).

The Clerk of Court is directed to notify the parties of the making of this order and to enter, by separate document, a judgment of dismissal pursuant to Federal Rule of Civil Procedure 58.

DATED this 24th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE